AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA

CHARLES DEAN,

    Plaintiff,

v.

DR. DONNELLY, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:15-cv-00421-MMD-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Maria Ward's Motion for Summary Judgment (ECF No. 20) is granted.

May 2, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk